**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| RACHEAL LOVE, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-cv-00367 |
| GALVESTON COLLEGE, | § § § | |
| Defendant. | § § | |

**DEFENDANT GALVESTON COLLEGE'S**
**NOTICE OF LETTER PURSUANT TO LOCAL RULE 6**

TO THE HONORABLE JUDGE BROWN:

I certify that on Tuesday, November 28, 2023, pursuant to Rule 6 of the Galveston District Court Rules of Practice, Defendant Galveston College emailed and mailed a letter to Plaintiff's counsel regarding the basis for its anticipated Rule 12(b) Motion.

Dated this 30th day of November 2023.

Respectfully submitted,

BAKER & HOSTETLER LLP

*/s/ Michelle R. Gomez*
Michelle R. Gomez (SBN # 24087598)
Southern District of Texas Federal ID No. 3834343
1801 California, Suite 4400
Denver, CO 80202
Tel: (303) 764-4099
Fax: (303) 861-7805
Email: mgomez@bakerlaw.com

*Attorney for Defendant Galveston College*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2023, a true and correct copy of the foregoing was served via electronic service through the CM/ECF system which will send electronic notice of this filing to all counsel of record in this matter.

*/s/ Michelle R. Gomez*

Michelle R. Gomez

4890-7832-9492.2