UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **RACHEAL LOVE**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**GALVESTON COLLEGE**,<br><br>    Defendant. | Case No. 3:23-cv-00367<br><br>Judge Jeffrey V. Brown |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Racheal Love, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Galveston College, with prejudice.

Dated: December 19, 2023

                                      Respectfully submitted,

                                      *s/ Joe Kendall*
                                      JOE KENDALL
                                      Texas Bar No. 11260700
                                      SDTX Bar No. 30973
                                      **KENDALL LAW GROUP, PLLC**
                                      3811 Turtle Creek Blvd., Suite 825
                                      Dallas, Texas 75219
                                      214-744-3000
                                      214-744-3015 (Facsimile)
                                      jkendall@kendalllawgroup.com

                                      John J. Nelson
                                      **MILBERG COLEMAN BRYSON**
                                      **PHILLIPS GROSSMAN, LLC**
                                      280 S. Beverly Drive
                                      Beverly Hills, CA 90212
                                      Telephone: (858) 209-6941
                                      Fax: (858) 209-6941
                                      Email: jnelson@milberg.com

                                      *Attorneys For Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                            *s/ Joe Kendall*
                                            JOE KENDALL